UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 16-12387-DJC

**ALFRED GIANNINI, JR.,**

    Plaintiff

v.

**TOWN OF ABINGTON,**
**RICHARD GAMBINO in his individual capacity,**

    Defendants

## ANSWER

## INTRODUCTION

1.    This paragraph is introductory in nature and does not require an admission or a denial but to the extent that allegations are made against the Defendants, the Defendants hereby deny same.

## JURISDICTION AND VENUE

2.    This paragraph is jurisdictional in nature and does not require an admission or denial by the Defendants.

## PARTIES

3.    The Defendants are without sufficient information to either admit or deny the allegations contained in Paragraph 3.

4.    Admitted.

5.    Admitted.

## **FACTS**

6. Admitted.

7. Admitted.

8. Admitted as to the first sentence, denied as to the second sentence.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Admitted.

15. Denied.

16. Defendant Gambino admits he discharged his taser but denies the remaining allegations of paragraph 16.

17. Denied.

18. Defendant Gambino admits he discharged his taser but denies the remaining allegations of paragraph 18.

19. Defendant Gambino admits he discharged his weapon and struck the Plaintiff but denies the remaining allegations of paragraph 19.

20. Denied.

21. Denied.

22. Admitted as to first sentence; denied as to all other allegations.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

## COUNT I
*42 U.S.C. § 1983*
*Excessive Use of Force Under the 4th and 14th Amendments*
**(Gambino)**

27. The Defendants hereby reassert their responses to Paragraphs 1 through 26 as if they are fully incorporated herein.

28. Denied.

29. Denied.

30. Denied.

## COUNT II
*Negligence Pursuant to M.G.L. c. 258, § 4*
**(Town of Abington)**

31. The Defendants hereby reassert their responses to Paragraphs 1 through 30 as if they are fully incorporated herein.

32. Denied.

33. Denied.

34. Denied.

## DEMAND FOR JURY TRIAL

The Defendants request a trial by jury on all counts.

## AFFIRMATIVE DEFENSES

**First**

The Plaintiff has failed to state a claim for which relief may be granted.

**Second**

Any damages or injuries that the Plaintiff may have suffered were caused by a person or

persons for whose conduct the defendant is not legally responsible.

**Third**

Any damages or injuries that the plaintiff may have suffered was caused by his own negligence, and therefore any damages that the plaintiff may recover must be reduced in proportion to such negligence pursuant to G.L. Ch. 231, section 85.

**Fourth**

The Plaintiff was comparatively negligent and such negligence exceeded the amount of any negligence of the defendant and therefore Plaintiff is barred from recovery pursuant to G.L. Ch. 231, section 85.

**Fifth**

The individual Defendant acted objectively reasonably under the circumstances and is qualifiedly immune from liability.

**Sixth**

Any alleged damages or injuries suffered by the Plaintiff was caused by an individual, individuals or an entity for which the defendant is not legally responsible.

**Seventh**

The Plaintiff has failed to commence suit within the applicable period of time permitted by statute.

**Eighth**

The Plaintiff has failed to provide proper presentment of claim pursuant to M.G.L.c. 258 as a prerequisite to suit.

**Ninth**

The Plaintiff's claim must be barred based on the fact that a release of claims has been filed and the Plaintiff has waived the right to sue.

> Defendants,
> By their attorney,
>
> /s/*Stephen C. Pfaff*
>
> Stephen C. Pfaff (BBO# 553057)
> Louison, Costello, Condon & Pfaff, LLP
> 101 Summer Street
> Boston, MA 02110
> Spfaff@lccplaw.com
> (617) 439-0305

## CERTIFICATE OF SERVICE

I, Stephen C. Pfaff, hereby certify that on the 12th day of December, 2016, I served the foregoing by causing a copy to be directed to:

> Robert M. Griffin, Esq.
> Vikas S. Dhar, Esq.
> DHARLAW
> The Charlestown Navy Yard
> One Constitution Center, Suite 300
> Charlestown, MA 02129

> /s/*Stephen C. Pfaff*
>
> Stephen C. Pfaff