UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**ALFRED GIANNINI**

**v.**                            **CIVIL ACTION NO. 16-12387-DJC**

**TOWN OF ABINGTON, ET AL**

## SETTLEMENT ORDER OF DISMISSAL

CASPER, D.J.

    The Court having been advised by counsel for the parties that the above-entitled action has been settled;

    IT IS HEREBY ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within forty-five (45) days, to reopen the action if settlement is not consummated.

August 6, 2018                                       /s/ Lisa M. Hourihan
                                                      --------------------------
                                                      Deputy Clerk